### 13076.   MILLS *v.* BRASWELL.

BROYLES, C. J.   There is no substantial merit in any of the special grounds of the motion for a new trial; the verdict is supported by some evidence, and, having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 7, 1922.

Foreclosure of lien; from city court of Fort Gaines — Judge Turnipseed.   October 10, 1921.

*E. R. King,* for plaintiff in error.   *E. L. Smith,* contra.

---

### 13077.   BULLARD *et al. v.* HIGHTOWER.

LUKE, J.   The several special assignments of error in this case are but amplifications of the general grounds, and are resolved into the single ground that the evidence did not authorize the verdict. There is some evidence to authorize the verdict, and the verdict has the approval of the trial judge. For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 7, 1922.

Action for damages; from Fulton superior court — Judge Pendleton.   November 4, 1921.

*James L. Anderson,* for plaintiffs in error.

*George F. Gober, D. K. Johnston,* contra.